UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEROME LEONARD | CIVIL ACTION |
| VERSUS | NO. 10-2626 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "I" (2) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objection by plaintiff, Jerome Leonard, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  26th  day of September, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE